UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



Case No: <u>5:12-CR-201-1F</u>

UNITED STATES OF AMERICA

vs.                                                              <u>ORDER</u>

ARIC DEVON BLACKWELL

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into
evidence on on November 13, 2012, be turned over to the case agent, Sgt. Phil Lewis,
Nash County Sheriff's Department, to be retained in his custody until this case is
completed, including any matters on appeal:

| <u>Govt. Exhibit No.:</u> | <u>Description:</u> |
| --- | --- |
| 15 | Box containing marijuana |

This ___13th___ day of __November__, 2012.

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: _____