UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: 5:12-CR-201-1F

UNITED STATES OF AMERICA

vs.                                            ORDER

ARIC DEVON BLACKWELL

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on on November 14, 2012, be turned over to the case agent, Sgt. Phil Lewis, Nash County Sheriff's Department, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 2 | Powder cocaine in baggies |
| 5 | 2 bags containing crack cocaine |
| 6 | Powder cocaine - bagged |
| 8 | Bag with marijuana |
| 9 | Bag with marijuana |
| 12 | Marijuana found in Nike bag |

This __14th__ day of __November__, 2012.

James C. Fox
Senior U.S. District Judge

Agent's Signature: _____