UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-201-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARIC DEVON BLACKWELL, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. The court has reviewed defense counsel's most recent motion in this case [DE-107]. In light of the contents of the motion and pursuant to standing order 09-SO-2, the court has decided that the motion and the attached exhibits should be sealed until further order from the court. Accordingly, the Clerk of Court is DIRECTED to maintain docket entry 107 UNDER SEAL until further notice.

SO ORDERED.

This the 6 day of February, 2014.

JAMES C. FOX
Senior United States District Judge