UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-201-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER ON |
| v. ) | MOTION TO SEAL |
| ) | |
| ARIC DEVON BLACKWELL, ) | |
| Defendant. ) | |

THIS MATTER COMES on Defendant, ARIC BLACKWELL'S, request that the Court enter an Order SEALING the refiled Motion for In-Camera review (originally filed 2-14-2014 pursuant to *sua sponte* seal order on DE 107). Defendant requests this Court seal the motion as it contains sensitive information related to [two] cooperating witnesses for the Government in a prior and pending matter.

FOR GOOD CAUSE SHOWN the Defendant's motion is hereby GRANTED and the motion originally filed on 2-14-2014, as well as the corrected, refiled MOTION FOR IN CAMERA REVIEW is hereby SEALED.

IT IS SO ORDERED.

THIS 14th day of February 2014.

*James C. Fox*
HONORABLE JAMES C. FOX
District Court Judge Presiding