UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-0201-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER TO SEAL** |
| | ) |
| ARIC DEVON BLACKWELL | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 119 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 3rd day of March, 2014.

*James C. Fox*
JAMES C. FOX
Senior, United States District Judge