UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-201-1F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ARIC DEVON BLACKWELL, ) | |
| Defendant. ) | |

This matter is before the court *sua sponte*. The court would prefer to sentence Blackwell on his supervised release violation (5:04-CR-353-F1) at the same time it sentences him in this case. Currently, Blackwell's revocation hearing is set for August 4, 2014 but his sentencing in this case is set for July 15, 2014. Accordingly, the Clerk of Court is DIRECTED to set Blackwell's revocation proceeding for July 15, 2014 and remove it from the August 4 calendar. The Clerk of Court is also DIRECTED to notify probation of this change. If counsel has any objections to proceeding in this manner, they may file a motion to continue the revocation proceeding.

SO ORDERED.

This the 2ⁿᵈ day of July, 2014.

JAMES C. FOX
Senior United States District Judge