UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-201-1F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ARIC DEVON BLACKWELL, ) | |
| Defendant. ) | |

This matter is before the court *sua sponte*. In light of the defendant's plea agreement, the motions at docket entries 107 and 114 are DENIED as moot.

SO ORDERED.

This the _17_ day of July, 2014.

James C. Fox
JAMES C. FOX
Senior United States District Judge